

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 11, 2025

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>U.S. v. Jadhian Cordero</u>, S2 25 Cr. 417 (JSR)

Dear Judge Rakoff:

      The Government respectfully requests that the Superseding (S2) Indictment in this matter be unsealed and that the Court schedule an arraignment and pretrial conference.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney for the
                  Southern District of New York

      by:   /s/
                  Kathryn Wheelock / Alexandra Messiter / Brandon Harper
                  Assistant United States Attorneys
                  (212) 637-2415 / -2544 / -2209

**CC (ECF)**
All Counsel of Record

SO ORDERED

_____
U SDJ
12-11-25